IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,

  v.

BLAIR COOK,

                      Defendant.

FINAL HEARING ORDER

17-cr-48-jdp

---

On November 8, 2017, the court held a final hearing before United States District Judge James D. Peterson. The government appeared by counsel, Rita Rumbelow and Chadwick Elgersma. Defendant Blair Cook appeared by counsel, Joseph Bugni and Peter Moyers.

The court and the parties discussed the draft voir dire, jury instructions, and verdict form as distributed. The court made several changes to the voir dire and jury instructions based on the parties' requests. Final versions of the voir dire, introductory jury instructions, and verdict form are attached to this order. A semi-final version of the post-trial instructions is also attached. Final decisions on the post-trial instructions will be made at the instruction conference near the end of the trial.

The court granted the government's motions in limine and provisionally granted Cook's motion in limine. Cook expressed concern about the potential undue prejudice caused by the extended clip stored with the firearm and ammunition evidence. The parties agreed to stipulate that Cook possessed the firearm and ammunition shown at trial; the government agreed not to send the gun and ammunition back to the jury and to avoid showing the extended clip to the jury.

ORDER

IT IS ORDERED that:

1. The United States of America's motions in limine, Dkts. 28–31, are GRANTED.

2. Defendant Blair Cook's motion in limine, Dkt. 32, is provisionally GRANTED.

Entered November 9, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge