IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BLAIR COOK,

    Defendant.

ORDER

17-cr-48-jdp-1

---

The defendant was sentenced to a four-year term of probation on February 1, 2018, following his conviction on Count 2 of the superseding indictment in this case. His term of probation was revoked on November 14, 2019, and he was sentenced to a 14-month term of imprisonment to be served consecutively to the sentence imposed in Case No. 19-cr-47-jdp-1.

Count 2 of the superseding indictment was dismissed, without prejudice, on October 9, 2020, upon motion of the United States Attorney for the Western District of Wisconsin, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The revocation sentence is hereby vacated because there are no remaining counts of conviction in this case.

Entered this 15th day of October 2020.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge

1